IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-01585-REB

SIENNA GIBSON,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the parties' **Joint Stipulation for EAJA Fees** [#15],[1] filed November 8, 2022. As indicated by the title of the document, the parties have reached agreement as to the amount of attorney fees and costs to be awarded to plaintiff under the EAJA. After due consideration, I grant the motion and award attorney fees and costs in the amount stipulated, payable to plaintiff. ***See Manning v. Astrue***, 510 F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for EAJA Fees** [#15], filed November 8, 2022, is approved; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In ***Manning***, the Tenth Circuit held the plain language, structure, and history of the EAJA preclude an award of fees to anyone other than the prevailing party. Thus, even if plaintiff has assigned her right to EAJA fees to her attorney, I cannot direct the fee award be paid directly to anyone other than plaintiff herself.

2

2.  That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees totaling $5,649.84.

Dated November 9, 2022, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge